FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Dejon Williams

    Defendant.

Case No. CR08-815 DSF

ORDER OF DETENTION AFTER HEARING
(Fed.R.Crim.P. 32.1(a)(6)
18 U.S.C. § 3143(a)
Allegations of Violations of
Probation/Supervised Release
Conditions)

On arrest warrant issued by the United States District Court for the Central Dist. of C.I. involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✗) the appearance of defendant as required; and/or

    B. (✗) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _See PSA report_

B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_

IT IS ORDERED that defendant be detained.

DATED: _11-17-16_

Frederick F. Mumm
United States Magistrate Judge